PROVIDENT INSTITUTION FOR SAVING IN JERSEY CITY, complainant,

*v.*

BENJAMIN C. MEAD, executor, &c., defendant.

[Decided October 11th, 1917.]

Appeal of the Sisters of the Poor of St. Francis.

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevenson, whose opinion is reported in *87 N. J. Eq. 424.*

*Messrs. Treacy & Milton,* for the complainant.

*Mr. Orlando H. Dey,* for the defendant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stevenson.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR—11.

*For reversal*—None.